968 F.2d 12
 15 Employee Benefits Cas. 1572
 Delgrosso (Matthew A.), Blair (James P.), Ware (Lester),
Mines (Jimmie Jr.), Henry (Joe), Trainer (Robert C.),
Richler (Jay T.), Hardwick (Robert), Phillips (Jerome J.),
Weese (Gilbert), Hill (Larry K.), Church (Charles G., Jr.),
Alves (John R.), Racz (Barry K.), Adams (Donald Lee),
Woodrum (Charles), Martineau (Richard W.), Lee (Hubert J.)
v.
Spang & Company; DiFrancesco (Franklin), Racz (Barry K.) v.
Spang & Company
 NOS. 91-3645, 91-3646
 United States Court of Appeals,
Third Circuit.
 May 21, 1992
 Appeal From: W.D.Pa., 776
 F.Supp. 1065
 
 1
 AFFIRMED.